UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

Plaintiff,

-against-

UNITED STATES POSTAL SERVICE (USPS), U.S. DEPARTMENT OF STATE,

Defendants.

26-CV-722 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is proceeding *pro se,* has filed several motions, including a motion for summary judgment. (ECF 4.) For the following reasons, the Court denies that motion.

Under 28 U.S.C. § 1915 ("the IFP statute"), the Court must review all IFP civil actions to determine if "the action shall be dismissed as (1) frivolous or malicious, (2) for failure to state a claim, or (3) because the action seeks monetary relief from a defendant immune from such relief." *See* 28 U.S.C. § 1915(e)(2)(B)(i)–(iii); *Staley v. Navy Fed. Credit Union*, No. 24-CV-8265 (LTS), 2025 WL 1685233, at *3 (S.D.N.Y. June 5, 2025).

Here, because the Court is reviewing Plaintiff's submissions to determine whether his action is subject to dismissal under the IFP statute and Defendants have not had an opportunity to respond to Plaintiff's claims, summary judgment is premature. After completing the required review, if the Court determines this action is not subject to dismissal under the IFP statute, then the Court will direct service of the summons and complaint on Defendants. If Defendants appear and the action proceeds, Plaintiff may then move for summary judgment.

**CONCLUSION**

The Court denies Plaintiff's motion for summary judgment without prejudice to refiling if this action proceeds and Defendants are served and appear in the action. The Court directs the Clerk of Court to terminate the motion at ECF 4.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: September 23, 2026
New York, New York

/s/Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge